UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURIE BRIM III,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>P. L. VASQUEZ, Warden,<br><br>　　　　　Respondent. | No.  1:17-cv-00536-SKO  HC<br><br>**ORDER OF CLARIFICATION**<br><br><br><br>**(Doc. 11)** |

　　　Petitioner Eurie Brim III is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 10, 2017, Petitioner filed a second request for clarification concerning his submission of an amended petition.  Petitioner specifically asked whether the amended petition should include all exhibits.  Petitioner is hereby directed to file his amended petition with all exhibits and appendices that are necessary for the Court to understand the petition.  The petition should refer to each such exhibit or appendix by an identifying letter or number (for example, "Exhibit 1" or "Exhibit A").  Petitioner need not include general legal documents from his state court actions since Respondent will file a complete state record with his answer.

　　　It is hereby ORDERED that Petitioner shall have 30 days from the date of this order to file his amended complaint with the Clerk of Court for the Eastern District of California, Fresno Division.


IT IS SO ORDERED.

Dated:   **July 24, 2017**　　　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1