# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURIE BRIM, III,<br><br>Petitioner,<br><br>v.<br><br>P.L. VAZQUEZ, Warden,<br><br>Respondent. | CASE NO. 1:17-cv-00536-SKO HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 18) |

Petitioner Eurie Brim, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel. Petitioner contends that he requires assistance due to the complex issues in his case.

In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Petitioner has capably represented himself to this point, including his filing of a petition setting forth the same issues he now deems complex. The interests of justice do not require appointment of counsel at this advance stage of the proceedings.

Based on the foregoing, Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: **September 22, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1